**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>                          Plaintiff,        )<br>                                                        )<br>            v.                                          )           2:10-CR-287-KJD (LRL)<br>                                                        )<br>JASON KELLOW,                            )<br>                                                        )<br>                          Defendant.    ) | |

**ORDER OF FORFEITURE**

On August 2, 2010, defendant JASON KELLOW pled guilty to a One-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that JASON KELLOW shall pay a criminal forfeiture money judgment of $731,374.07 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 982(a)(2)(A); Title 21, United States Code, Section 853(p); and Title18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAMES KELLOW a criminal forfeiture money judgment in the amount of $731,374.07 in United States Currency.

DATED this 9 day of August, 2010

UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on August 3, 2010 by the below identified method of service:

E-mail/ECF

Luis J. Rojas
Stein & Rojas
520 S. Fourth St
Las Vegas, NV 89101
Email: luisjrojas@tjr.lvcoxmail.com
*Counsel for Lance Kellow*

William B. Terry
William B. Terry, Chartered
530 South Seventh Street
Las Vegas, NV 89101
Email: Info@WilliamTerryLaw.com
*Counsel for Jason Kellow*

Richard F. Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Email: Richard_Boulware@FD.org
*Counsel for Vinson Kellow*

                                              /s/HeidiLSkillin
                                              HEIDI L. SKILLIN
                                              Forfeiture Support Associate Clerk

Case 2:10-cr-00287-KJD-LRL Document 67 Filed 08/03/10 Page 3 of 3