THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \* \*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:10-cr-00287-GMN-VCF |
| vs. | MINUTES OF THE COURT |
| LANCE KELLOW, | DATED: February 19, 2013 |
| Defendant. | |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Michael Zadina       COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Kathryn Newman and Christina Brown

COUNSEL FOR DEFENDANT: Stephen Stein and Luis Rojas

MINUTES OF PROCEEDINGS: Jury Trial (Day 2)

10:24 a.m.  The Court convenes outside the presence of the jury.

The Court hears representations by Mr. Rojas and Mrs. Newman concerning Juror # 15.  The Court excused Juror #15.

The Court hears representations on the pending Motion in Limine (#149).  The Court grants in part and denies in part the Motion in Limine (#149).

10:42 a.m.  The Court convenes in the presence of the jury.

Opening statements are presented by Mrs. Newman on behalf of the Government and Mr. Rojas on behalf of the Defendant.

11:39 a.m.  Jury admonished and excused.  The Court stands at recess.

12:45 p.m.  The Court reconvenes in the presence of the jury.  All parties are present.

**MARIUS ESSAK,** is called to the stand, sworn, and testified on direct examination by Mrs. Newman.

2:30 p.m.  The Court stands at recess.

2:48 p.m.  Mr. Rojas and Ms. Newman stipulate to the admission of Defendant's Exhibits A-L.
2:51 p.m.  The Court reconvenes in the presence of the jury.  All parties are present.

**MARIUS ESSAK**, having previously been sworn, testified on cross examination by Mr. Rojas.

4:43 p.m.  Jury admonished and excused.  The Court stands at recess.

**IT IS HEREBY ORDERED** the criminal jury trial in this matter shall continue to **Wednesday, February 20, 2013, at 8:30 a.m.**

Mr. Essak admonished and excused.

Court adjourned at 4:50 p.m.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Michael Zadina, Deputy Clerk