

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

MAR 2 0 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-287-GMN-(VCF) |
| LANCE KELLOW, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on March 5, 2013, that LANCE KELLOW shall pay the criminal forfeiture money judgment of $1,349,500 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Second Superseding Criminal Indictment, ECF No. 92; Minutes of Jury Trial, ECF No. 188; Jury Verdict, ECF No. 191; Order of Forfeiture, ECF No. 197.

Relevant and reliable evidence supports the criminal forfeiture money judgment amount of $2,766,400. Second Superseding Criminal Indictment, ECF No. 92; Minutes of Jury Trial, ECF No. 188; Jury Verdict, ECF No. 191; the admitted Trial Exhibits 1A, 2A, 4A, 5A, 7A, 8G, and 22G; the trial testimony; and the law. *United States v. Pena*, 380 F. App'x 623, 626, 2010 WL 2054442, 2 (9th Cir. 2010).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LANCE KELLOW the criminal forfeiture money judgment in the amount of

$2,766,400 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code 982(a)(2)(A); Title 21, United States Code, Section 853(p); Second Superseding Criminal Indictment, ECF No. 92; Minutes of Jury Trial, ECF No. 188; Jury Verdict, ECF No. 191; the admitted Trial Exhibits 1A, 2A, 4A, 5A, 7A, 8G, and 22G; the trial testimony; and the law. *United States v. Pena*, 380 F. App'x 623, 626, 2010 WL 2054442, 2 (9th Cir. 2010).

DATED this 20 day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE