STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar No. 13733
501 Las Vegas Boulevard South, Suite 11000
Las Vegas, Nevada 89101
P 702-388-6336/ F 702-388-5087
kathryn.newman@usdoj.gov

Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) Case No.: 2:10-cr-287-GMN-VCF |
| | ) |
| v. | ) EXPEDITED MOTION TO UNSEAL EX PARTE MOTION AND RELATED HEARING |
| LANCE KELLOW, | ) |
| Defendant, | ) |

The United States, by and through its undersigned counsel, respectfully requests that this Court issue an order unsealing the Government's *Ex Parte* Motion For *In Camera* Hearing on Potential Conflict of Interest and related hearing by July 28, 2017.

In support of its motion, the Government states:

1. The Government is preparing its Supplemental Opposition to Defendant Lance Kellow's Motion Under 28 U.S.C. § 2255, which will necessarily address the Court's concerns about a potential conflict of interest between the defendant, Lance Kellow, and his counsel, Louis

Rojas. The Government's briefing is due on July 31, 2017. The reasons that required the sealing of the Government's motion and subsequent hearing are no longer present.

    2.    As part of its response, the Government must refer to its prior briefing in this case, specifically the Government's *Ex Parte* Motion For *In Camera* Hearing on Potential Conflict of Interest that it filed in this case on or about December 21, 2011. As the motion remains sealed, the Government respectfully requests that this Court enter an order unsealing it by July 28, 2017, so that the Government may refer to it in its timely filed response.

    3.    Further, the Government requests the Court unseal the hearing on the motion conducted by Magistrate Judge Leen on December 29, 2011, for the same reasons.

## Conclusion

For the reasons set forth above, the Government requests that the Court issue an order unsealing the prior filing and hearing in this matter: namely, the Government's *Ex Parte* Motion For *In Camera* Hearing On Potential Conflict of Interest and December 29, 2011, hearing on the motion before Magistrate Judge Leen, by July 28, 2017.

Dated: July 24, 2017

Respectfully submitted,

STEVEN MYHRE,
Acting United States Attorney

*/s/ Kathryn C. Newman*
_____
KATHRYN NEWMAN
Assistant United States Attorney

**ORDER**

Upon consideration of the United States' motion to unseal, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion, (ECF No. 334), is **GRANTED**, and the Government's *Ex Parte* Motion for *In Camera* Hearing on Potential Conflict of Interest (ECF No. 91) and related December 29, 2011, hearing and order on the motion before Magistrate Judge Ferenbach, (ECF No. 101, 102), shall be **UNSEALED**.

Dated: July 26, 2017

_____
Gloria M. Navarro, Chief Judge
United States District Court